PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Jimmy Johnson     Case Number: 3:07-00171-26

Name of Judicial Officer: The Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: May 22, 2009

Original Offense: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Cocaine

Original Sentence: 60 months' custody; 3 years' supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: January 31, 2012

Assistant U.S. Attorney: To be determined     Defense Attorney: John G. Oliva

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 28 day of July, 2014, and made a part of the records in the above case.

_____
U. S. District Judge
Todd J. Campbell

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place     Columbia, Tennessee

Date     July 25, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|

**1.** **Shall not commit another federal, state, or local crime:**

On July 21, 2014, Jimmy Johnson was arrested for Aggravated Assault by the Metropolitan Police Department, Nashville, Tennessee. According to the affidavit, the victim stated they got into an argument over a chair the victim's friend was sitting on. Mr. Johnson went inside the residence. The victim attempted to go inside the residence in which Mr. Johnson kept slamming the door shut. The victim once again opened the door and saw Mr. Johnson standing in the doorway holding a box cutter in his hand. The victim tried running away, tripped and fell, and Mr. Johnson stood over him. The victim believed Mr. Johnson was going to stab him. Mr. Johnson is scheduled to appear in the Davidson County General Sessions Court on August 12, 2014, Warrant Number GS686685.

### Compliance with Supervision Conditions and Prior Interventions:

The victim, the 18 year old son of Mr. Johnson's girlfriend, states the affidavit is correct and he was in fear of bodily harm. The victim states Mr. Johnson nor the victim laid hands on one another. Natalie Floyd, Mr. Johnson's girlfriend, states an altercation did take place, but she blames the victim, her son, in starting it and did not see Mr. Johnson holding a box cutter. Mr. Johnson's term of supervised release is scheduled to terminate on January 30, 2015.

Mr. Johnson lives with family and is employed.

### U.S. Probation Officer Recommendation:

It is recommended that Mr. Johnson be continued on probation. The Court will be notified of the disposition so it may determine if any further action is necessary.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _/s/ Vidette Putman_
Vidette Putman
Supervisory U.S. Probation Officer