PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Jimmy Johnson    Case Number: 3:07-00171-26

Name of Judicial Officer: The Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: May 22, 2009

Original Offense: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Cocaine

Original Sentence: 60 months' custody; 3 years' supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: January 31, 2012

Assistant U.S. Attorney: To be determined    Defense Attorney: John G. Oliva

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 3 day of Oct, 2014, and made a part of the records in the above case.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place    Columbia, Tennessee

_____
U. S. District Judge
Todd J. Campbell

Date    September 29, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

<u>1.</u>    **<u>Not Applicable:</u>**

**<u>Compliance with Supervision Conditions and Prior Interventions</u>:**

The Court was originally notified of the arrest on July 28, 2014, Document Number 1790. On September 24, 2014, the charge of Aggravated Assault was dismissed.

Mr. Johnson lives with family and is employed.

**<u>U.S. Probation Officer Recommendation:</u>**

It is recommended that Mr. Johnson be continued on probation.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Jim Perdue
Deputy Chief U.S. Probation Officer